IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| KAREN MEADOWS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:05-CV-158 |
| § | |
| TEXAR FEDERAL CREDIT UNION § | |
| § | |
| Defendant. § | |
| § | |

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by the mediator in this case that the parties in this matter have reached a settlement agreement (Doc. No. 51).  It is therefore not necessary that the action remain upon the calendar of the Court.  Accordingly, it is

ORDERED, ADJUDGED, and DECREED that this action shall be, and is, hereby DISMISSED WITHOUT PREJUDICE.  Complete jurisdiction is retained to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.  It is further

ORDERED that all other pending motions not expressly granted are hereby **DENIED**.

**SIGNED this 30th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE